B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of New York

In re  **Markus Klinko Photography, Inc.**                                          Case No. _____

                                        Debtor(s)                                    Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| All Points Capital<br>c/o Mitchell D. Cohen, Esq.<br>1633 Broadway<br>New York, NY 10019 | All Points Capital<br>c/o Mitchell D. Cohen, Esq.<br>1633 Broadway<br>New York, NY 10019 | | | 335,060.71<br><br>(0.00 secured) |
| All Points Capital Corp.<br>275 Broadhollow Road<br>Melville, NY 11747 | All Points Capital Corp.<br>275 Broadhollow Road<br>Melville, NY 11747 | | | 335,060.71<br><br>(0.00 secured) |
| Brett Wagner<br>c/o Stephany Yablow<br>11684 Ventura Blvd. #233<br>Studio City, CA 91604 | Brett Wagner<br>c/o Stephany Yablow<br>11684 Ventura Blvd. #233<br>Studio City, CA 91604 | | | 63,495.00<br><br>(0.00 secured) |
| Broad Prince Realty<br>580 Broadway<br>New York, NY 10012 | Broad Prince Realty<br>580 Broadway<br>New York, NY 10012 | | | 10,000.00 |
| Chase Cardmember Service<br>P.O. Box 15153<br>Wilmington, DE 19886-5153 | Chase Cardmember Service<br>P.O. Box 15153<br>Wilmington, DE 19886-5153 | | | 28,672.05 |
| CNA Insurance<br>P.O. Box 946220<br>Maitland, FL 32794 | CNA Insurance<br>P.O. Box 946220<br>Maitland, FL 32794 | | | 8,238.14 |
| Creative Photographers Inc.<br>Geoff Katz<br>444 Park Avenue South, Ste 502<br>New York, NY 10016 | Creative Photographers Inc.<br>Geoff Katz<br>444 Park Avenue South, Ste 502<br>New York, NY 10016 | | | 9,500.00 |
| EquiCapital, Inc.<br>c/o Heitner & Breitstein<br>26 Court Street<br>Brooklyn, NY 11242 | EquiCapital, Inc.<br>c/o Heitner & Breitstein<br>26 Court Street<br>Brooklyn, NY 11242 | | | 28,528.66<br><br>(0.00 secured) |
| Fedex Customer Information Svc<br>c/o Fedex<br>P.O. Box 371461<br>Pittsburgh, PA 15250 | Fedex Customer Information Svc<br>c/o Fedex<br>P.O. Box 371461<br>Pittsburgh, PA 15250 | | | 4,344.56<br><br>(0.00 secured) |
| Internal Revenue Service<br>P.O. Box 21126<br>Philadelphia, PA 19114 | Internal Revenue Service<br>P.O. Box 21126<br>Philadelphia, PA 19114 | | | 149,814.95 |

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037                                                                                   Best Case Bankruptcy

B4 (Official Form 4) (12/07) - Cont.

In re  Markus Klinko Photography, Inc.  
          Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Meta GK Inc. 168 2nd Avenue, # 313 New York, NY 10003 | Meta GK Inc. 168 2nd Avenue, # 313 New York, NY 10003 | | | 15,750.00 |
| Metropolitan FinancialInsurance 419 Lafayette St., 2nd Fl. New York, NY 10003 | Metropolitan FinancialInsurance 419 Lafayette St., 2nd Fl. New York, NY 10003 | | | 9,520.00 |
| Midway Leasing 4751 Wilshire Blvd., Ste. 120 Los Angeles, CA 90010 | Midway Leasing 4751 Wilshire Blvd., Ste. 120 Los Angeles, CA 90010 | | | 20,000.00 |
| Nihal Titan 129 West Houghton, Apt. A Santa Fe, NM 87505 | Nihal Titan 129 West Houghton, Apt. A Santa Fe, NM 87505 | | | 3,545.00 |
| NYC Department of Finance Cadman Plaza Station P.O. Box 29013 Brooklyn, NY 11202 | NYC Department of Finance Cadman Plaza Station P.O. Box 29013 Brooklyn, NY 11202 | | | 2,990.93 |
| Opus Reps 6442 Santa Monica Blvd. #2033 Los Angeles, CA 90038 | Opus Reps 6442 Santa Monica Blvd. #2033 Los Angeles, CA 90038 | | | 5,000.00 |
| PIK Record Co. c/o Gerard D. De Santis Esq. 1 Old Country Road, Ste. 276 Carle Place, NY 11514 | PIK Record Co. c/o Gerard D. De Santis Esq. 1 Old Country Road, Ste. 276 Carle Place, NY 11514 | | | 27,138.00 (0.00 secured) |
| State of California Franchise Tax Board P.O. Box 942867 Sacramento, CA 94267 | State of California Franchise Tax Board P.O. Box 942867 Sacramento, CA 94267 | | | 3,971.51 |
| T-Mobile Wireless c/o Plaza Associates 370 Seventh Avenue New York, NY 10001 | T-Mobile Wireless c/o Plaza Associates 370 Seventh Avenue New York, NY 10001 | | | 7,393.97 |
| W & R Associates c/o Sewart Rothman, Esq. 401 Broadway, 4th Fl. New York, NY 10013 | W & R Associates c/o Sewart Rothman, Esq. 401 Broadway, 4th Fl. New York, NY 10013 | | | 225,000.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  Markus Klinko Photography, Inc.                                    Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **August 20, 2009**              Signature  _____
                                                  **Markus Klinko**
                                                  **President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.